**United States District Court**
**Western District of Texas**
**Austin Division**

| | |
|---|---|
| Best Glide Aviation Survival Equipment, Inc.<br><br>    Plaintiff<br><br>v.<br><br>Tag-Z, LLC<br><br>    Defendant | <br><br><br><br>No. 1:23-cv-1080<br><br>Jury Demanded |

### Original Complaint

Plaintiff Best Glide Aviation Survival Equipment, Inc. files this Original Complaint against Defendant Tag-Z, LLC and for cause of action would show the Court as follows:

### Parties

1.    Plaintiff Best Glide Aviation Survival Equipment, Inc. (Best Glide ASE) is a Texas Corporation with its corporate headquarters in Austin Texas, which is in this Judicial District.

2.    Upon information and belief, Defendant Tag-Z, LLC (Tag-Z) is a Delaware Limited Liability Company with its principal place of business in Omaha Nebraska.

3.    Defendant Tag-Z maintains a Registered Agent in its state of incorporation and may be served at: The Company Corporation, Wilmington Delaware.

### Jurisdiction

4.    This is an action for Federal False Designation of Origin/Association/Endorsement and Federal Unfair Competition/False Advertising. Additionally, this action is for Texas

Common Law Unfair Competition (Passing Off) and Texas Common Law Unfair Competition (False Advertising) both under the common law of the State of Texas.

5.    The claim for Federal False Designation of Origin, Association, or Endorsement arises under 15 U.S.C. § 1125(a)(A). The claim for Federal Unfair Competition, or False Advertising arises under 15 U.S.C. § 1125(a)(B).

6.    The claims for both Texas Common Law Unfair Competition (Passing Off) and Texas Common Law Unfair Competition (False Advertising) arise under the common law of the State of Texas.

7.    The Court has jurisdiction over the lawsuit under 28 U.S.C. §§ 1331, 1338 1125(a)(A) and (B).

8.    The Court has supplemental jurisdiction over the State of Texas claims in the lawsuit under 28 U.S.C. § 1367(a).

9.    This Court has personal jurisdiction over Defendant because they  directly or through subsidiaries or intermediaries (including distributors, retailers and others), sell or offer for sale the identified products in this District and in the State of Texas. Additionally, this Court has personal jurisdiction over Defendant because they are purposefully and intentionally availing themselves of the privileges of doing business in the State of Texas, including in this District. Among other things, (i) Defendant, directly or through subsidiaries or intermediaries (including distributors, retailers and others), has advertised, marketed, promoted, offered for sale, sold, distributed, manufactured, and/or imported, and continues to advertise, market, promote, offer for sale, sell, distribute, manufacture, and/or import, including through its website, tag-z.com and online catalog, infringing products to customers and/or potential customers, including in this District, as well as,

other websites including Amazon, (ii) the tortious acts of Defendant giving rise to this lawsuit and harm to Plaintiff have occurred and are occurring in the State of Texas, including in this District, (iii) on information and belief, Defendant acted with knowledge that their unauthorized use of Plaintiff's proprietary rights would cause harm to Plaintiff in the State of Texas and in this District, and (iv) Defendant's customers and/or potential customers reside in the State of Texas, including in this District.

**Venue**

10.    Venue is proper under 28 U.S.C. §§ 1391(a)-(d).

**Other Actions between the Parties**

11.    Plaintiff filed an Opposition at the US Trademark Trial and Appeal Board (TTAB) against Defendant for its application for US TM App. 97169751. *See Best Glide Aviation Survival Equipment, Inc. v Tag-Z LLC*, Opposition No. 91286595 (TTAB 2023).

**Facts**

**1.    Background Facts**

12.    Military and/or government issue style P-38 and P-51 can openers (P-38/51 can openers) have been manufactured and stamped "U.S. SHELBY CO." since approximately 1973, or before. The P-38 can opener is approximately 1.5" long and the P-51 can opener is approximately 2" long. *See* Exhibit 1.



Backside of the P-38 and the P-51



Frontside of the P-38 and the P-51

13.     These can openers were originally manufactured and stamped "U.S. SHELBY CO." by Mallin Shelby Hardware, Inc. from approximately 1973 to 1983.

14.     On information and belief, Mallin Shelby Hardware, Inc. was formed in Shelby Richland, Ohio on 12/17/1973 and dissolved in 11/30/1983. Mallin Shelby Hardware, Inc. manufactured military and/or government issue style P-38/51 can openers stamped "U.S. Shelby Co." *See* Exhibit 3.

15.     Since the dissolution of Mallin Shelby Hardware, Inc., P-38/51 can openers have been manufactured, distributed, and sold by various entities with the "U.S. SHELBY CO." stamp. P-38 and P-51 are generic names for the above style and sized can openers. Both the P-38 and P-51 are referred to generically as "U.S. SHELBY CO." (and other variants) can openers because they are consistent with the specifications of the P-38 and P-51 can openers previously manufactured by Mallin Shelby Hardware, Inc. These variants to "U.S. SHELBY CO." include, but are not limited to "US Shelby", "Shelby" and "Shelby Co", without regard for upper/lower case or punctuation. *See* Exhibit 2.

16.     On information and belief, Georgia Outfitters began selling "US SHELBY" P-38/51 can openers on or before 2008, which were stamped "U.S. SHELBY CO." *See* Exhibit 4.

17.     On information and belief, Georgia Outfitters continued to sell "US SHELBY" P-38/51 can openers, which were stamped "U.S. SHELBY CO." until approximately 2020. *See* Exhibit 5.

**2.      Plaintiff's Facts**

18.     Plaintiff began selling "US SHELBY CO." P-38/51 can openers, in commerce and on its website in 2009. *See* Exhibit 6.

19.     Plaintiff made its first sale of "U.S. SHELBY CO." stamped P-38/51 can openers on Amazon.com on or before February 21, 2017.

20.    Plaintiff has been sourcing its "U.S. SHELBY CO." stamped P-38/51 can openers primarily from Atlanco LLC (aka Tru-Spec), Emco Supply Inc. (aka Red Rock Outdoor Gear and fka Brazos Moonlight Industries), and others, either directly or indirectly, since 2009. Both Emco Supply and Atlanco import the "U.S. SHELBY CO." stamped P-38/51 can openers from at one time Chau Shyang Metal Manufactory Co located in Taiwan. *See* Exhibit 11.

21.    Plaintiff has sold approximately 14,000 "U.S. SHELBY CO." stamped P-38/51 can openers from 2009 to August 28, 2017 (the date of Defendant's claim of first use in its trademark application) across all distribution channels.

22.    Plaintiff continues to sell "U.S. SHELBY CO." stamped P-38/51 can openers as of the date of this filing. *See* Exhibit 2.

23.    Plaintiff has common law rights in "U.S. SHELBY CO." by continuous use in commerce since their date of first use.

24.    Plaintiff's use of its "U.S. SHELBY CO." predates the use of Defendant's Mark(s).

25.    Plaintiff has made substantial sales of goods and/or services under the generic brand "U.S. SHELBY CO."

26.    Plaintiff has continuously used "U.S. SHELBY CO." since its date of first use.

27.    As a result of Plaintiff's continuous use of "U.S. SHELBY CO.", Plaintiff has developed substantial goodwill in "U.S. SHELBY CO.", and the public has come to associate Plaintiff as a provider of "U.S. SHELBY CO." P-38/51 can openers.

**3.    Other Sellers**

28.    On information and belief, My Dog Tag Inc. has been selling "U.S. SHELBY CO." stamped P-38/51 can openers since at least 2011. *See* Exhibit 7. And they continue to

sell U.S. SHELBY CO." stamped P-38/51 can openers as of the date of this filing. *See* Exhibit 8.

29.     On information and belief, Gadgets Collection Inc. began selling "U.S. SHELBY CO." stamped P-38/51 can openers in 2012 on Amazon ASIN B005EAIXAU under the brand "US Shelby CO". See Exhibit 9. This Exhibit also lists Survivalist USA and ACME APPROVED as being sellers of these items under this brand name.

30.     Gadgets Collection continued to sell on this ASIN until at least February 27, 2022, when Defendant hijacked it; rebranded the listing to "Tag-Z"; and enrolled the listing in Amazon's Transparency Program. *See* Exhibit 10.

**4.      Amazon's Brand Registry and Transparency Program(s)**

31.     Each product listing on Amazon has an Amazon Standard Identification Number (ASIN) associated with it, which in practical terms means that the ASIN is the serial number for the web listing.

32.     Associated with each ASIN is the seller or brand owner of the product(s) being sold on the Amazon listing. In the case of an end seller, then that's the only seller on the listing. In the case of a generic brand or registered brand, then there can be one or more sellers of that product on the listing. If the listing is under the control of a registered brand, the brand owner controls the content of a listing. If the listing is a generic brand, then no one controls the content of the listing by being able to kick other sellers off the ASIN. Until the last year or so, "US Shelby CO" was a generic brand and not controlled by any one company, thus multiple sellers have been allowed to sell on and through various ASIN's for "US Shelby CO" P-38/51 can openers.

33.    Amazon Brand Registry (*See* Exhibit 12) and Amazon Transparency Program (*See* Exhibit 13) are programs by Amazon that are designed to protect specific brands to ensure that the products purchased by customers are authentic and authorized by the brand owner. The Amazon Brand Registry provides brand owners the ability to register their brands on Amazon  which can include a brand name, a Registered Trademark, and/or an Applied for Trademark Application. The Amazon Brand Registry program allows a brand owner to control the content of a particular ASIN listing and control who is listed as a seller on the ASIN. As an extension of the Brand Registry, the Amazon Transparency Program is where Amazon issues secure, unique codes that are attached to a shipped product to identify individual units shipped to a customer. These unique codes are only given to a Brand Owner in the Registry which then may distribute them as needed to various authorized resellers. Without an authorized code, a seller will not be able to collect its money from Amazon for units sold. Prior to the hijacking of various ASIN's by Defendant, Plaintiff, and other sellers of "US Shelby CO" P-38/51 can openers were not required to get a unique code from anyone to sell products.

34.    The Amazon Brand Registry and Amazon Transparency Program are programs intended, per Amazon, to help preserve the intellectual property rights, including the trademarks, of registered Amazon brand owners. These programs help prevent the sales of counterfeit or even gray-market goods. However, the programs can be gamed quite easily as shown in this filing to the detriment of unsuspecting Amazon sellers.

**5.    Defendant's Facts**

35.    On information and belief, Defendant began offering for sale "U.S. SHELBY CO." stamped P-38/51 can openers for sale on Amazon.com no earlier than August 17-18,

2017, when Defendant began creating ASINs on Amazon.com, which include the following:

    a. ASIN B07MJK19TB for a P-38 can opener, a P-51 can opener, and 2 dog tag style ball chains. *See* Exhibit 14.

    b. ASINs B09LKLF5H3, B09LK9VMV3, B09LKV623V, B09LKDNXZP, B09LKJFTB2 for various quantities of "U.S. SHELBY CO." stamped P-38 can openers. *See* Exhibit 15.

    c. ASINs B09NYN112F, B09NYN4YQ6, B09NYMX34Q, B09NYMHD3V, and B09NUMPKCW for various quantities of "U.S. SHELBY CO." stamped P-51 can openers. *See* Exhibit 16.

36.    On 12/13/2021, Defendant filed a trademark application, US TM App. 97169751, for "US Shelby" in the United States Patent and Trademark Office (USPTO). Defendant's date of first use as listed in the above trademark application is as early as 08/28/2017. *See* Exhibit 17.

37.    On information and belief, Defendant enrolled Defendant's Mark into the Amazon Brand Registry and into Amazon's Transparency Program.

38.    Defendant is using the Transparency Program to systematically hijack various ASIN's by removing the generic brand "US SHELBY CO." and replacing the brand with either Defendant's Mark "US SHELBY" or Defendant's Registered Brand, "TAG-Z".

39.    Defendant will either remove sellers (including Plaintiff) from the ASIN listing (in the case of hijacking a listing to TAG-Z) so that only Defendant's name remains on the ASIN. Or Defendant will hijack the ASIN listing to their Defendant Mark "US SHELBY" which will require all sellers, including Plaintiff, to get the unique seller codes from the

Defendant. If the seller does not get the unique code from the Defendant, then they will not be able to receive the sales money from Amazon.

40.     Defendant is able to accomplish these illicit feats by claiming ownership to Defendant's Mark, "US SHELBY", which under Amazon Brand Registry rules allows the Defendant to claim ownership and kick all other sellers off an ASIN listing and makes the Defendant either the only seller of US SHELBY CO. branded P-38/51 can openers on the ASIN, or the gatekeeper of the listing and who can then require other sellers to get the unique product codes from the Transparency Program as only the Brand Owner can get the unique product codes from Amazon. As a feature of this process, Defendant inherits the creation date of the individual ASIN and all the comments from reviewers, thus making it appear that Defendant has been selling "US SHELBY" products such as the P-38/51 can openers years before Defendant actually started selling the products on Amazon, and Defendant also inherits all of those customer reviews of the product sold on the listing as well.

**6.     Amazon.com ASINs Hijacked by Tag-Z as "Tag-Z"**

**ASIN B005EAIXAU - 5 x P-38 Can Openers stamped "U.S. SHELBY CO."**

41.     On about, or before, February 27, 2022, this ASIN was hijacked by Defendant and rebranded from "US Shelby CO" to "Tag-Z"; and enrolled in the Amazon Transparency Program. Consequently, other sellers such as Plaintiff, Gadgets Collection, and others have been excluded from selling P-38 can openers stamped "U.S. SHELBY CO." on this ASIN.

42.     On or about, July 24, 2011, ASIN B005EAIXAU was created to offer 5 "U.S. SHELBY CO." stamped P-38 can openers. On or about, October 24, 2012, ASIN

B005EAIXAU reflected the brand to be "U.S. Shelby CO"; the photo(s) showed P-38 can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, Hobby Tool Supply, Survivalist USA, Gadgets Collection, and Acme Approved. *See* Exhibit 18.

43.     On or about, June 26, 2014, ASIN B005EAIXAU reflected the brand to be "U.S. Shelby CO"; the photo(s) showed P-38 can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, Gadgets Collection, A&M Z Day Survival, Survivalist USA, and Hobby Tool Supply. See Exhibit 19.

44.     On or about, March 28, 2016, ASIN B005EAIXAU reflected the brand to be "Emco", presumably the previously mentioned Emco Supply, Inc. However, the bullets and or description continue to reference "by US Shelby Co"; and the photo(s) showed P-38 can openers stamped "U.S. SHELBY CO.". The sellers listed included, but were not necessarily limited to, Hobby Tool Supply, Gadgets Collection, and Ammo Can Man. See Exhibit 20.

45.     On or about, August 24, 2020, Plaintiff became a seller on ASIN B005EAIXAU; made its first sale on October 16, 2020; and made 622 sales prior to ASIN B005EAIXAU being hijacked and rebranded by Defendant. See Exhibit 21.

46.     On or about, November 8, 2020, ASIN B005EAIXAU reflected the brand to be "US Shelby Co"; the photo(s) showed P-38 can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, HTS USA, Tag-Z, Columbia River Metal Works, and Gadgets Collection. See Exhibit 22.

47.     On or about, August 17, 2021, ASIN B005EAIXAU reflected the brand to be "US Shelby CO"; the photo(s) showed P-38 can opener(s) stamped "U.S. SHELBY CO."; and

the sellers listed included, but were not necessarily limited to, Bainbridge Professional Services and at least two others not viewable. See Exhibit 23.

48.     On or about, February 27, 2022, ASIN B005EAIXAU reflected the brand to be "Tag-Z"; the photo(s) continued to show P-38 can opener(s) stamped "U.S. SHELBY CO."; the bullets continued to reference "US Shelby Co"; and the sellers included, but were not necessarily limited to, Bainbridge Professional Services, Gadgets Collection, Surplus World Inc, and Best Glide ASE. See Exhibit 24.

49.     On or about, March 9, 2022, Plaintiff became aware that ASIN B005EAIXAU had been hijacked and rebranded by Defendant. However, this ASIN had yet to be altered and/or remodeled. Plaintiff opened Seller Support Case ID 9749289021 requesting that ASIN B005EAIXAU be correctly reverted to reflect the brand "U.S. Shelby Co". Amazon responded that this ASIN was now controlled by the purported "brand owner" (Tag-Z, *i.e.*, the Defendant) and any changes to the ASIN must be approved by that Defendant. See Exhibit 25.

50.     Between March 9 and 14, 2022, Defendant remodeled ASIN B005EAIXAU with new bullets, description, photos, etc. clearly depicting Tag-Z throughout. See Exhibit 26.

51.     On information and belief, Defendant has since enrolled ASIN B005EAIXAU in Amazon's Transparency program thereby excluding Plaintiff and other sellers from this ASIN. Defendant is now the only seller on this ASIN. See Exhibit 28.

**ASIN B00ZTDRGPU - 6 x P-51 Can Openers stamped "U.S. SHELBY CO."**

52.     On or about, an unknown date, this ASIN was hijacked by Defendant; rebranded from "US Shelby Co" to "Tag-Z" and enrolled in the Amazon Transparency Program. Consequently, other sellers such as Plaintiff, Gadgets Collection, and others have been excluded from selling P-51 can openers stamped "U.S. SHELBY CO." on this ASIN.

53.     On or about, June 17, 2015, ASIN B00ZTDRGPU was created to offer 6 "U.S. SHELBY CO." stamped P-51 can openers. On or about, August 17, 2015, ASIN B00ZTDRGPU reflected the brand to be "U.S. Shelby Co"; the photo(s) showed the P-51 can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, Hobby Tool Supply, Gadgets Collection, and Ammo Can Man. See Exhibit 28.

54.     On, or about, December 1, 2015, ASIN B00ZTDRGPU reflected the brand to be "U.S. Shelby Co"; the photo(s) showed the P-51 can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, Ammo Can Man, Hobby Tool Supply, and Gadgets Collection. See Exhibit 29.

55.     On an unknown date, Defendant hijacked ASIN B00ZTDRGPU and rebranded it from U.S. Shelby Co" to Tag-Z. On information and belief, Defendant has since enrolled ASIN B00ZTDRGPU in Amazon's Transparency program thereby excluding Plaintiff and other sellers from this ASIN. Defendant is now the only seller on this ASIN. See Exhibit 30.

**ASIN B005IDQW3S - 2 x P-51 Can Openers stamped "U.S. SHELBY CO."**

56.     On or about, an unknown date, but after February 27, 2022, and on, or before July 13, 2023, this ASIN was hijacked by Defendant; rebranded from "U.S. Shelby Co" to "US SHELBY"; and, on information and belief, on, or before, July 13, 2023, enrolled in the Amazon Transparency Program. Consequently, other sellers such as Plaintiff, Gadgets Collection, and others will be effectively excluded from selling P-51 can openers stamped "U.S. SHELBY CO." on this ASIN.

57.     On or about, August 21, 2011, ASIN B005IDQW3S was created to offer 2 "U.S. SHELBY CO." stamped P-51 can openers. On, or about, January 24, 2015, ASIN B005IDQW3S reflected the brand "Shelby"; the description referenced "Shelby Co."; and,

the sellers included, but were not necessarily limited to, Hobby Tool Supply, A&M Z Day Survival, Gadgets Collection, and Army Universe. See Exhibit 31.

58.     On or about, January 25, 2016, ASIN B005IDQW3S reflected the brand "U.S. Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Hobby Tool Supply, Ammo Can Man, Gadgets Collection, and IN-N-OUT. See Exhibit 32.

59.     On or about, February 22, 2017, Plaintiff made its first sale on ASIN B005IDQW3S. Plaintiff made an additional 177 sales (178 total) on this ASIN up to August 28, 2017. See Exhibit 33.

60.     On or about, November 8, 2020, ASIN B005IDQW3S reflected the brand "U.S. Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Tag-Z, DAvignon, Best Glide ASE, and Ammo Can Man. See Exhibit 34.

61.     On or about, August 28, 2021, ASIN B005IDQW3S reflected the brand "U.S. Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Best Glide ASE (Plaintiff), Gadgets Collection, and Tag-Z. See Exhibit 35.

62.     On or about, February 27, 2022, ASIN B005IDQW3S reflected the brand "U.S. Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, HTS USA, Best Glide ASE, and Gadgets Collection. See Exhibit 36.

63.     On or about, July 13, 2023, Best Glide ASE (Plaintiff), became aware that ASIN B005IDQW3S had been hijacked and rebranded by Defendant Tag-Z from "U.S. Shelby

Co" to "US Shelby"; and, on information and belief, Defendant Tag-Z had enrolled ASIN B005IDQW3S in Amazon's Transparency Program thereby excluding Best Glide ASE (Plaintiff) and other sellers from this ASIN effective August 12, 2023. See Exhibit 37.

64.     On July 14, 2023, Best Glide ASE (Plaintiff) opened Seller Support Case ID 13287216961 requesting that ASIN B005IDQW3S be correctly reverted to reflect the brand "U.S. Shelby Co". Amazon responded that this ASIN was now controlled by the purported "brand owner" (i.e., Defendant Tag-Z) and any changes to the ASIN must be approved by that Defendant. *See* Exhibit 38.

65.     From February 22, 2017, to July 31, 2023, Best Glide ASE (Plaintiff) made over 10,000 sales on ASIN B005IDQW3S of "U.S. SHELBY CO." stamped P-51 can openers. See Exhibit 39.

**ASIN B0078WMSZ8 - 1 x P-38 and 1 x P-51 Can Openers stamped "U.S. SHELBY CO."**

66.     On or about, an unknown date, but after December 21, 2021, and on, or before July 13, 2023, ASIN B0078WMSZ8 was hijacked by Tag-Z; rebranded from "US Shelby CO" to "US SHELBY"; and, on information and belief, on or before, July 13, 2023, enrolled in the Amazon Transparency Program. Consequently, other sellers such as Best Glide ASE (Plaintiff), Gadgets Collection, and others will be effectively excluded from selling P-51 can openers stamped "U.S. SHELBY CO." on this ASIN.

67.     On or about, February 14, 2012, ASIN B0078WMSZ8 was created to offer 1 P-38 can opener and 1 P-51 can opener stamped "U.S. SHELBY CO." On or about, January 2, 2013, ASIN B0078WMSZ8 included "by US Shelby"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily

limited to, AJ Collectibles and More, Gadgets Collection, and Hobby Tool Supply. See Exhibit 40.

68.    On or about, March 25, 2015, ASIN B0078WMSZ8 reflected the brand "US Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; the bullets reference "US Shelby"; and, the sellers included, but were not necessarily limited to, Gadgets Collection, Ammo Can Man, Hobby Tool Supply, and Fine Edge Trading. See Exhibit 41.

69.    On or about, April 6, 2015, ASIN B0078WMSZ8 reflected the brand "US Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; the bullets and description reference "US Shelby"; and, the sellers included, but were not necessarily limited to, Hobby Tool Supply, Ammo Can Man, Paperless Kitchen, and Gadgets Collection. See Exhibit 42.

70.    On or about February 21, 2017, Best Glide ASE (Plaintiff) made its first sale on ASIN B0078WMSZ8. Best Glide ASE made an additional 1,132 sales (1,133 total) on this ASIN up to August 28, 2017. See Exhibit 43.

71.    On or about, June 30, 2021, ASIN B0078WMSZ8 reflected the brand "US Shelby CO"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Tag-Z (Defendant), Best Glide ASE (Plaintiff), Columbia River Metal Works, and HTS USA. See Exhibit 44.

72.    On or about, December 21, 2021, ASIN B0078WMSZ8 reflected the brand "US Shelby CO"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Columbia River Metal Works. See Exhibit 45.

73.    On or about, July 13, 2023, Best Glide ASE (Plaintiff) became aware that ASIN B0078WMSZ8 had been hijacked and rebranded by Tag-Z from "U.S. Shelby Co" to "US Shelby"; and, on information and belief, Defendant Tag-Z had enrolled ASIN B0078WMSZ8 in Amazon's Transparency Program thereby excluding Best Glide ASE (Plaintiff) and other sellers from this ASIN effective August 12, 2023. See Exhibit 46.

74.    On July 14, 2023, Best Glide ASE (Plaintiff) opened Seller Support Case ID 13287216961 requesting that ASIN B0078WMSZ8 be correctly reverted to reflect the brand "U.S. Shelby Co". Amazon responded that this ASIN was now controlled by the purported "brand owner" (*i.e.*, Defendant Tag-Z) and any changes to the ASIN must be approved by that Defendant. See Exhibit 47.

75.    From February 20, 2017, to July 31, 2023, Best Glide ASE (Plaintiff) made over 10,000 sales on ASIN B0078WMSZ8 of "U.S. SHELBY CO." stamped P-38/51 can openers. See Exhibit 48.

**ASIN B00GAGH4VG - 4 x P-51 Can Openers stamped "U.S. SHELBY CO."**

76.    On or about, an unknown date, but after February 22, 2022, and on, or before July 13, 2023, ASIN B00GAGH4VG was hijacked by Tag-Z; rebranded from "U.S. Shelby Co." to "US SHELBY"; and, on, or before, July 13, 2023, enrolled in the Amazon Transparency Program. Consequently, other sellers such as Best Glide ASE, Gadgets Collection, and others will be effectively excluded from selling P-51 can openers stamped "U.S. SHELBY CO." on this ASIN.

77.    On or about, October 21, 2013, ASIN B00GAGH4VG was created to offer 4 P-51 can openers stamped "U.S. SHELBY CO.". On, or about, January 6, 2015, ASIN B00GAGH4VG reflected the brand "US Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to,

Hobby Tool Supply, A&M Z Day Survival, Gadgets Collection, and STM Sales. See Exhibit 49.

78.     On or about, March 12, 2015, ASIN B00GAGH4VG reflected the brand "US Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Hobby Tool Supply, Gadgets Collection, Acme Approved, and STM Sales. See Exhibit 50.

79.     On or about July 17, 2017, Best Glide ASE (Plaintiff) first offered "U.S. SHELBY CO." stamped can openers on ASIN B00GAGH4VG. See Exhibit 51.

80.     On or about, February 27, 2022, ASIN B00GAGH4VG reflected the brand "U.S. Shelby Co"; the photo(s) showed "U.S. SHELBY CO." stamped can openers; and, the sellers included, but were not necessarily limited to, Best Glide ASE (Plaintiff), Davignon, HTS USA, and Gadgets Collection. See Exhibit 52.

81.     On or about, July 13, 2023, Best Glide ASE (Plaintiff) became aware that ASIN B00GAGH4VG had been hijacked and rebranded by Defendant Tag-Z from "U.S. Shelby Co" to "US Shelby"; and, on information and belief, Defendant Tag-Z had enrolled ASIN B00GAGH4VG in Amazon's Transparency Program thereby excluding Best Glide ASE and other sellers from this ASIN effective August 12, 2023. See Exhibit 53.

82.     On July 14, 2023, Best Glide ASE (Plaintiff) opened Seller Support Case ID 13287216961 requesting that ASIN B00GAGH4VG be correctly reverted to reflect the brand "U.S. Shelby Co". Amazon responded that this ASIN was now controlled by the purported "brand owner" (*i.e.,* Defendant Tag-Z) and any changes to the ASIN must be approved by that Defendant. See Exhibit 54.

83.     From December 30, 2017, to July 31, 2023, Best Glide ASE (Plaintiff) made 7,550 sales on ASIN B00GAGH4VG of "U.S. SHELBY CO." stamped P-51 can openers. See Exhibit 55.

**ASIN B07MDDPQ27 – 1 P-38 Can Opener, 1 P-51 Can Opener, and 1 Key Ring**
**ASIN B07QFG12S1 – 2 P-38 Can Openers, 2 P-51 Can Openers, and 2 Key Ring**

84.     Plaintiff is aware of additional ASINs for "U.S. SHELBY CO." stamped can openers that were previously branded "US Shelby Co." that have been hijacked and rebranded by Tag-Z as "US SHELBY". On information and belief, these ASINs have since been enrolled in Amazon's Transparency program thereby excluding Plaintiff and other sellers from these ASINs effective August 12, 2023. These ASINs include but are not necessarily limited to: ASIN B07MDDPQ27 and ASIN B07QFG12S1.

85.     On or about, August 22, 2020, ASIN B07MDDPQ27 is for the sale of 1 set of a P-38 can opener, a P-51 can opener, and a key ring reflected the brand "US Shelby Co."; and, the sellers included, but were not necessarily limited to, Elusive Treasures and HTS USA. See Exhibit 56.

86.     On or about, August 22, 2020, ASIN B07QFG12S1 is for the sale of 2 sets of a P-38 can opener, a P-51 can opener, and a key ring reflected the brand "US Shelby Co."; the Bullets referenced   can openers stamped "U.S. SHELBY CO."; and, the sellers included, but were not necessarily limited to, Elusive Treasures. See Exhibit 57.

87.     On or about, July 13, 2023, Plaintiff became aware that ASINs B07MDDPQ27 and B07QFG12S1 had been hijacked and rebranded by Tag-Z from "U.S. Shelby Co" to "US Shelby"; and, on information and belief, Defendant had enrolled ASIN B07MDDPQ27 in Amazon's Transparency Program thereby excluding Plaintiff and other sellers from this ASIN effective August 12, 2023.  See Exhibit 58.

88.     On July 14, 2023, Plaintiff opened Seller Support Case ID 13287216961 requesting that ASINs B00GAGH4VG and B07QFG12S1 be correctly reverted to reflect the brand "U.S. Shelby Co". Amazon responded that this ASIN was now controlled by the purported "brand owner" (*i.e.*, Defendant Tag-Z) and any changes to the ASIN must be approved by that Defendant. See Exhibit 59.

89.     From September 13, 2020, to July 31, 2023, Plaintiff made over 10,000 sales on ASIN B07MDDPQ27 and over 10,000 sales on ASIN B07QFG12S1 of "U.S. SHELBY CO." stamped P-38/51 can openers. See Exhibit 60.

90.     On information and belief, Defendant is in active process of illicitly blocking Plaintiff from selling on this ASIN as of the date of this filing.

**7.     Economic Harm**

91.     From April 30, 2009, through August 28, 2017, Plaintiff sold at least 14,000 "U.S. SHELBY CO." stamped P-38/51 can openers through its various sales channels to include, but not limited to, its store, its website(s), and Amazon.com.

92.     From April 30, 2009, through July 31, 2023, Plaintiff sold at least 150,000 "U.S. SHELBY CO." stamped P-38/51 can openers for over $340,000 through its various sales channels to include, but not limited to, its store, its website(s), and Amazon.com.

93.     Thus far, Defendant has been able to prevent Plaintiff's and others' ability to sell "U.S. SHELBY CO." stamped P-38/51 can openers on hijacked Amazon ASINs rebranded "Tag-Z" and has moved to further prevent Plaintiff and others from selling on hijacked ASINs rebranded "US Shelby". These ASINs show that Best Glide ASE (Plaintiff) and others sold products as early as 2011, which is years before Defendant's date of first use as specified in its US Trademark Application.

94.     If Plaintiff wishes to sell products through the hijacked ASINs, Plaintiff would have to request from Defendant the unique product codes hijacked by Defendant for the Amazon Transparency Program. Defendant's illicit actions restrict Plaintiff and others from continuing to make sales of products, when Plaintiff and those others have not had to do this to sell the products on Amazon.

95.     If Defendant Tag-Z is able to fraudulently secure the trademark for "US Shelby", Plaintiff and others will be prohibited from selling, through all distribution channels, "U.S. SHELBY CO." stamped P-38/51 can openers under the generic brand that has been utilized for decades to refer to these can openers that match the specifications of the military and/or government issue can openers previously made by Mallin Shelby Hardware, Inc as far back as 1973.

96.     At the time of this filing, Plaintiff has received a Counterfeit Violation from Amazon for ASIN B005IDQW3S because of Defendant's hijacking of this ASIN. Plaintiff may have its seller account suspended because of Defendant's fraudulently filed US Trademark Application used to enter the Amazon Brand programs.

97.     Defendant was able to game the Amazon's Brand Registry and Transparency Program(s) by the fraudulent filing of the US Trademark Application which Defendant was able to use to enroll various ASIN's to block Best Glide ASE (Plaintiff) and other sellers from using.

**8.     Summary**

98.     When filing the US Trademark application for Defendant's Mark, Defendant made the following declarations:

- The signatory believes that the Defendant is the owner of the trademark/service mark sought to be registered;

- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

99.    Defendant knew or should have known that Plaintiff had priority of use and by claiming ownership of Defendant's Mark that this would create a likelihood of confusion to Plaintiff's and other sellers' use of "US SHELBY CO."

100.    Defendant knew or should have known that "US SHELBY CO." was a generic brand of P-38/51 can openers.

101.    Defendant knew or should have known that it was not the owner of "US SHELBY CO."

102.    Defendant knew or should have known that it was making a false connection to the source of the generic term "US SHELBY CO."

103.    Defendant knew or should have known that it was falsely advertising that it was the owner or source of "US SHELBY CO."

104.    Defendant knew or should have known that it was committing fraud on the USPTO by filing the US Trademark Application for Defendant's Mark.

105.    Defendant was only able to use and enter the Amazon Brand Registry and Amazon Transparency Programs based on the US Trademark Application where it committed fraud on the USPTO on its filing.

106.    Defendant's use of the Amazon Brand Registry and Amazon Transparency Programs in this manner is Unfair Competition.

**Count 1      Federal False Designation of Origin/Association/Endorsement**

107.    Defendant made a false statement of fact in a commercial advertisement about its designation of origin, association to another, or endorsement of another.

108.    Defendant's statement deceived or has the tendency to deceive a substantial segment of its audience.

109.    Defendant's deception is material, in that it is likely to influence the purchasing decision by others.

110.    Defendant caused its false statement to enter interstate commerce.

111.    Plaintiff has been or is likely to be injured because of the false statement, either by direct diversion of sales from itself to Defendant or by a lessening of the goodwill associated with its products.

112.    Defendant's actions, as described above, constitute Federal False Designation of Origin, False Association, or False Endorsement in violation of 15 U.S.C. § 1125(a)(A).

**Count 2      Federal Unfair Competition/False Advertising**

113.    Defendant made a false statement of fact in a commercial advertisement about its own or another's product.

114.   Defendant's statement deceived or has the tendency to deceive a substantial segment of its audience.

115.   Defendant's deception is material, in that it is likely to influence the purchasing decision by others.

116.   Defendant caused its false statement to enter interstate commerce.

117.   Plaintiff has been or is likely to be injured because of the false statement, either by direct diversion of sales from itself to Defendant or by a lessening of the goodwill associated with its products.

118.   Defendant's actions, as described above, constitute Federal Unfair Competition, or False Advertising in violation of 15 U.S.C. § 1125(a)(B).

**Count 3       Texas Common Law Unfair Competition (Passing Off)**

119.   Defendant made a false statement of fact in a commercial advertisement about its designation of origin, association to another, or endorsement of another.

120.   Defendant's statement deceived or has the tendency to deceive a substantial segment of its audience.

121.   Defendant's deception is material, in that it is likely to influence the purchasing decision by others.

122.   Defendant caused its false statement to enter interstate commerce.

123.   Plaintiff has been or is likely to be injured because of the false statement, either by direct diversion of sales from itself to Defendant or by a lessening of the goodwill associated with its products.

124.   Defendant's actions, as described above, constitute Texas Common Law Unfair Competition in violation of the common law of the State of Texas.

**Count 4        Texas Common Law Unfair Competition (False Advertising)**

125.    Defendant made a false statement of fact in a commercial advertisement about its own or another's product.

126.    Defendant's statement deceived or has the tendency to deceive a substantial segment of its audience.

127.    Defendant's deception is material, in that it is likely to influence the purchasing decision by others.

128.    Defendant caused its false statement to enter interstate commerce.

129.    Plaintiff has been or is likely to be injured because of the false statement, either by direct diversion of sales from itself to Defendant or by a lessening of the goodwill associated with its products.

130.    Defendant's actions, as described above, constitute Texas Common Law Unfair Competition in violation of the common law of the State of Texas.

**Demand for Jury Trial**

131.    Plaintiff requests a trial by jury on all triable issues.

**Prayer**

Plaintiff asks for judgment in its favor against Defendant for the following:

a.      The Court declare that Defendant's actions constitute False Designation of Origin, False Association, False Endorsement, False Advertising, and Unfair Competition, as described above.

b.      The Court order that Defendant, together with all parent or affiliated companies or corporations, and all officers, directors, agents, servants,

employees, distributors, attorneys, and all others acting in privity or through them, be preliminarily and permanently enjoined from further acts of unfair competition.

c.      The Court order that Defendant, together with all parent or affiliated companies or corporations, and all officers, directors, agents, servants, employees, distributors, attorneys, and all others acting in privity or through them, be preliminarily and permanently enjoined from using Defendant's Mark as described above in a confusingly similar manner.

d.      The Court order that Defendant, together with all parent or affiliated companies or corporations, and all officers, directors, agents, servants, employees, distributors, attorneys, and all others acting in privity or through them, be preliminarily and permanently enjoined from competing unfairly with Plaintiff as described above.

e.      The Court order Defendant to remove its Federal Trademark Application, US TM App. 97169751, from the Amazon Brand Registry and Amazon Transparency Programs.

f.      The Court order Defendant to return all hijacked ASIN's back to the brands of "U.S. SHELBY CO." on Amazon's website.

g.      The Court issue an order against Defendant for an accounting of profits in respect of the unfair competition.

h.      Plaintiff recover all damages it has sustained because of Defendant's unfair competition, increased as the Court determines is appropriate to the circumstances of this case.

i.      Plaintiff recover supplemental damages for any continuing post-verdict unfair competition up until entry of the final judgment, with an accounting, as needed.

j.      Plaintiff recover amounts for Defendant's unjust enrichment and misappropriation.

k.      The Court declare this case an exceptional case and award Plaintiff its reasonable attorney fees for prosecuting this suit.

l.      Plaintiff recover their costs of this suit.

m.      Plaintiff recover prejudgment and post judgment interest as authorized by law.

n.      Plaintiff have all other relief the Court deems appropriate.

Date: September 11, 2023

Respectfully submitted,

*/s/ Matthew J. Booth*
Matthew J. Booth

Matthew J. Booth
Matthew J. Booth PC
Texas Bar No. 02648300
5501A Balcones Drive, Suite 301
Austin, Texas 78731
Tel:   +1 (512) 474-8488
Fax:  +1 (512) 596-2875
matthew.booth@boothlaw.com

Dale Langley
The Langley Law Firm, P.C.
Texas Bar No. 11918100
1803 West Avenue
Austin, TX78701
Tel:   +1 (512) 477-3830
Fax:  +1 (512) 597-4775
dlangley@iptechlaw.com

Legal Counsel for Plaintiff
Best Glide Aviation Survival Equipment, Inc.